United States District Court

Northern District of California

| | |
|---|---|
| MIGUEL LANGE,<br><br>    Plaintiff,<br><br>  v.<br><br>CONNIE GIPSON,<br><br>    Defendant. | Case No.: 13-02563 CW (PR)<br><br>TRANSFER ORDER |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at Corcoran State Prison (CSP), which is located in Kings County in the Eastern District of California. See 28 U.S.C. § 84(b). The acts complained of occurred at CSP. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 9/24/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE